THOMAS F. PITARO, ESQ.
Nevada Bar No.: 001332
**PITARO & FUMO, CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Main (702) 382-9221 Fax (702) 382-9961
Email: kristine.fumolaw@gmail.com/pitaro@gmail.com
Attorney for Defendant
**DANIELLE TITO**

JAMES A. ORONOZ, ESQ.
Nevada Bar No.: 006769
**ORONOZ & ERICSSON, LLC**
1050 Indigo Dr., Ste. 120
Las Vegas, Nevada 89145
Main (702)-702-878-2889 Fax (702) 522-1542
 Email:jim@oronozlawyers.com
Attorney for Defendant
**PAUL MCLAUGHLIN**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                )  | Case No. 2:21-cr-00082-GMN-EJY |
|         Plaintiff,             )  | |
|                                )  | |
|                                )  | |
| DANIELLE TITO and              )  | **EXPARTE ORDER** |
| JACK PAUL MCLAUGHLIN,          )  | |
|                                )  | |
|         Defendants.            )  | |
| _____) | |

　　　Based upon the ex parte application of THOMAS F. PITARO attorney for DANIELLE TITO and JAMES A. ORONOZ attorney for JACK MCLAUGHLIN it is hereby ordered that the Court grants permission for joint visitations between Co-Defendants DANIELLE TITO and JACK MCLAUGHLIN with and in the presence of their respective attorneys, THOMAS F. PITARO, ESQ. JAMES A. ORONOZ, ESQ. and ROBERT M. DRASKOVICH, ESQ. at the

Nevada Southern Detention Center in Pahrump, Nevada. In the alternative, if the Covid-19 pandemic would render such a contact visit unsafe, that the Court enter an order that will allow both Defendants to attend a defense meeting via video conference with their attorneys at the attorney's discretion.

**DATED** this 15th day of October, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**