CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ANDREW W. DUNCAN
Assistant United States Attorney
Nevada Bar Number 14702
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Andrew.Duncan@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIELA TITO AND JACK PAUL MCLAUGHLIN,<br><br>Defendants. | Case No.: 2:21-cr-00082-GMN-EJY<br><br>**Stipulation for Extension of Time (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, counsel for the United States of America, Thomas F. Pitaro, counsel for defendant Daniela Tito, and James Oronoz, counsel for Defendant Jack Paul McLaughlin, that the date for the Government to file a response to the Defendant's Motion to Suppress (ECF No. 47) be extended for twenty one days, specifically to **April 11, 2022**.

This stipulation is entered for the following reasons:

1. The Defendant's Motion to Suppress was filed and served on March 7, 2022. *See* ECF No. 47.  The Government's response deadline is presently March 21, 2022.

1

2. Government Counsel was out of the District and unable to have sufficient time to conduct investigation into the issues raised in the Motion.

3. Government Counsel needs additional time to conduct investigation and research to adequately respond to the Defendant's motion.

4. The parties need additional time to attempt to resolve the matter without litigating pre-trial motions.

5. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the Government time to adequately respond to the Defendant's motion.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the first stipulation filed herein to continue the Government's response deadline.

8. The parties agree to the extension of time.

DATED: March 18, 2022

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Andrew W. Duncan                    /s/ Thomas F. Pitaro
_____             _____
ANDREW W. DUNCAN                        THOMAS F. PITARO
Assistant United States Attorney        Counsel for Defendant
                                        Daniela Tito

                                         /s/ James Oronoz
                                        _____
                                        JAMES ORONOZ
                                        Counsel for Defendant
                                        Jack Paul McLaughlin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-cr-00082-GMN-EJY |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIELA TITO AND JACK PAUL ) | |
| MCLAUGHLIN ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion to Suppress was filed and served on March 7, 2022. *See* ECF No. 47. The Government's response deadline is presently March 21, 2022.

2. Government Counsel was out of the District and unable to have sufficient time to conduct investigation into the issues raised in the Motion.

3. Government Counsel needs additional time to conduct investigation and research to adequately respond to the Defendant's motion.

4. The parties need additional time to attempt to resolve the matter without litigating pre-trial motions.

5. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the Government time to adequately respond to the Defendant's motion.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the first stipulation filed herein to continue the Government's response deadline.

8. The parties agree to the extension of time.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Government's response deadline.

**CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but to allow the Government adequate time to respond to the Defendant's motion and to allow the parties to negotiate a resolution of the case. The failure to grant said continuance would likely result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the previously scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress is extended until April 11, 2022.

DATED this 18th day of March 2022.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE