**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DANIELLE TITO,<br>JACK PAUL MCLAUGHLIN,<br><br>   Defendants. | CASE No. 2:21-cr-00082-ART-EJY<br><br>**ORDER GRANTING**<br>(ECF No. 80) Stipulation to Continue Response Deadline and Setting Reply Deadline |

   IT IS ORDERED that the Government's deadline to file a response to Defendants' [71] Joint Supplement to [47] Motion to Suppress Evidence currently set for December 12, 2022, be continued to February 10, 2023.

   IT IS FURTHER ORDERED that Defendants are to reply on or before February 17, 2023.

   DATED this 7th day of December, 2022.

   _____
   ANNE R. TRAUM
   UNITED STATES DISTRICT JUDGE