**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIELLE TITO,<br>JACK PAUL MCLAUGHLIN,<br><br>Defendants. | Case No.: 2:21-cr-00082-ART-EJY<br><br>**ORDER** |

IT IS ORDERED that the Government's deadline to file a response to Defendants' [71] Joint Supplement to [47] Motion to Suppress Evidence currently set for February 10, 2023, is continued to February 17, 2023.

DATED this 8th day of February, 2023.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE